NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMA SOLAR TECHNOLOGY AMERICA, LLC,**

*Appellant*

v.

**TIGO ENERGY, INC.,**

*Appellee*

---

2025-1344

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00879.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT



May 12, 2025
Date

Jarrett B. Perlow
Clerk of Court